# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2010

141405 & (13)(15)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BARRY L. KING,
          Plaintiff-Appellee,

v                                                          SC: 141405
                                                           COA: 298947
                                                           Oakland CC: 2010-110251-CZ

OAKLAND COUNTY PROSECUTOR,
          Defendant-Appellant.

_____/

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 12, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we DIRECT the trial court to provide reasons for denying the motion to consolidate. The motion for stay is DENIED.

        We retain jurisdiction.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2010                                    _____
p0714                                                          Clerk